**UNITED STATES DISTRICT COURT**
DISTRICT OF MARYLAND

| | |
|---|---|
| **CHAMBERS OF**<br>**ANDRE M. DAVIS**<br>**UNITED STATES DISTRICT JUDGE** | **U.S. COURTHOUSE**<br>**101 W. LOMBARD STREET**<br>**BALTIMORE, MARYLAND 21201**<br>**(410) 962-0801**<br>**FAX (410) 962-0820**<br>MDDAMDChambers@mdd.uscourts.gov |

August 25, 2008

MEMORANDUM TO COUNSEL RE:   USA v. Chauncey Thompson
                             Case No.:  AMD 08-0159

  This notice is to confirm that a rearraignment & sentencing has been scheduled in the above-titled case for Friday, November 14, 2008 at 11:00 a.m.  Please mark your calendars accordingly.

          Very truly yours,

          /s/

          Andre M. Davis
          United States District Judge

AMD/vcl